IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COGENT MEDICINE INC., | CASE NO. 5:13-CV-04483-EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SKYSCAPE.COM, INC. ET AL, | |
| Defendants. | |

This matter is currently set for an initial case management conference on March 7, 2014. In advance of this conference, the parties filed separate Case Management Statements, Docket Item Nos. 27 and 28, in violation of the Standing Order for All Judges of the Northern District of California. Considering these circumstances, the court hereby CONTINUES the Case Management Conference to April 4, 2014. The parties shall file a Joint Case Management Statement that fully complies with the court's standing orders by no later than March 28, 2014.

**IT IS SO ORDERED.**

Dated: March 3, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-CV-04483-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE