**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COGENT MEDICINE INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELSEVIER INC.,<br><br>Defendant.<br><br>Case No. 5:13-cv-04479-RMW-PSG | **[PROPOSED] ORDER RELATING CASES (CIVIL LOCAL RULE 3-12)** |
| COGENT MEDICINE INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILEY & SONS INC. and JOHN WILEY & SONS LTD.,<br><br>Defendants.<br><br>Case No.: 3:13-cv-04486-RS | |
| COGENT MEDICINE INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHYSICIANS INTERACTIVE HOLDINGS, INC., PHYSICIANS INTERACTIVE, INC., and SKYSCAPE.COM, INC.,<br><br>Defendants.<br><br>Case No.: 5:13-cv-04483-EJD | |

Having considered the parties' Stipulated Administrative Motion To Consider Whether Cases Should Be Related and the related pleadings in this case, the Court hereby GRANTS the motion and relates the above-captioned cases pursuant to Civil L. R. 3-12.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
**Dated:** March 10, 2014

*Ronald M. Whyte*

**Honorable Ronald M. Whyte
United States District Judge**